# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Official Caption[1]

2013-1400, -1401
(Reexamination No. 95/000,196)

ARLINGTON INDUSTRIES, INC.,

        Appellant,

v.

BRIDGEPORT FITTINGS, INC.,

        Cross-Appellant.

Appeals from the United States Patent and Trademark Office, Patent Trial and Appeal Board.

Authorized Abbreviated Caption[2]

ARLINGTON INDUSTRIES, INC. v BRIDGEPORT FITTINGS, INC., 2013-1400, -1401

---

[1] Required for use on petitions, formal briefs and appendices, court opinions, and court orders. FRAP 12(a); 32(a).
[2] Authorized for use only on items not requiring the Official Caption as listed in note 1.