**FORM 8.** Entry of Appearance

**UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT**

_____ v. _____

No. _____

**ENTRY OF APPEARANCE**

(INSTRUCTIONS: Counsel should refer to Federal Circuit Rule 47.3. Pro se petitioners and appellants should read paragraphs 1 and 18 of the Guide for Pro Se Petitioners and Appellants. File this form with the clerk within 14 days of the date of docketing and serve a copy of it on the principal attorney for each party.)

Please enter my appearance (select one):

\_\_\_\_\_Pro Se  \_\_\_\_\_As counsel for:  _____
Name of party

I am, or the party I represent is (select one):

\_\_\_\_\_Petitioner  \_\_\_\_\_Respondent  \_\_\_\_\_Amicus curiae  \_\_\_\_\_Cross Appellant

\_\_\_\_\_Appellant  \_\_\_\_\_Appellee  \_\_\_\_\_Intervenor

As amicus curiae or intervenor, this party supports (select one):

\_\_\_\_\_Petitioner or appellant  \_\_\_\_\_Respondent or appellee

My address and telephone are:

Name: _____
Law firm: _____
Address: _____
City, State and ZIP: _____
Telephone: _____
Fax #: _____
E-mail address: _____

Statement to be completed by counsel only (select one):

\_\_\_\_\_ I am the principal attorney for this party in this case and will accept all service for the party. I agree to inform all other counsel in this case of the matters served upon me.

\_\_\_\_\_ I am replacing _____ as the principal attorney who will/will not remain on the case. [Government attorneys only.]

\_\_\_\_\_ I am not the principal attorney for this party in this case.

Date admitted to Federal Circuit bar (counsel only): _____

This is my first appearance before the United States Court of Appeals for the Federal Circuit (counsel only):

\_\_\_\_\_Yes  \_\_\_\_\_No

\_\_\_\_\_A courtroom accessible to the handicapped is required if oral argument is scheduled.

_____  _____
Date  Signature of pro se or counsel

cc: _____

## **CERTIFICATE OF SERVICE**

Pursuant to Federal Rules of Appellate Procedure 25(b) and (d), I hereby certify that on this 28th day of May, 2013, two copies of the foregoing Cross-Appellant Entry of Appearance was served by U.S. Mail, and was sent by electronic mail to the following counsel:

>Kathryn L. Clune, Esq.
>Crowell & Moring
>1001 Pennysylvania Ave., N.W.
>Washington, DC  20004
>kclune@crowell.com

This document is also being served through ECF.

  /s/  Mark E. Ungerman
Mark E. Ungerman